UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SANDRA MITCHELL                                                                  PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:06CV484-TSL-JCS

LEASE FINANCE GROUP,                                                           DEFENDANTS
AND PHILLIPS & COHEN ASSOCIATES

### STIPULATION OF PARTIAL DISMISSAL OF COMPLAINT AGAINST PHILLIPS & COHEN ASSOCIATES ONLY WITH PREJUDICE WITH DISMISSING PARTIES TO BEAR THEIR OWN COSTS

COME NOW SANDRA MITCHELL (the "Plaintiff"), and one of the Defendants, **PHILLIPS & COHEN ASSOCIATES**, the same being less than all parties who have appeared in this action and hereby jointly stipulate the dismissal, with prejudice of the Complaint against **PHILLIPS & COHEN ASSOCIATES** only, with the stipulating parties to bear their own costs. The stipulation shall have no effect against the continuation of this action against the other non-stipulating defendant, **LEASE FINANCE GROUP**, for any other future party to this litigation other than **PHILLIPS & COHEN ASSOCIATES**.

SO STIPULATED, this the 18TH day of December, 2006.

_____
SANDRA MITCHELL, Plaintiff

_____
J. Patrick Frascogna, Esq.
Attorney for SANDRA MITCHELL

 

_____
William V. Westbrook, III
Attorney for PHILLIPS & COHEN ASSOCIATES

PREPARED BY:

WILLIAM V. WESTBROOK, III (MSB 7119)
JOHN PAUL BARBER (MSB 1983)
BRYANT, CLARK, DUKES & BLAKESLEE, P.L.L.C.
POST OFFICE BOX 10
GULFPORT, MISSISSIPPI 39502-0010
Telephone:      (228) 863-6101
Facsimile:      (228) 868-9077