IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SANDRA MITCHELL	PLAINTIFF

VS.	CIVIL ACTION NO.  3:06cvTSL-JCS

LEASE FINANCE GROUP, ET AL.	DEFENDANTS

## ORDER TO SHOW CAUSE

This cause is before the Court <u>sua sponte</u> to require the plaintiff to show cause why the action should not be dismissed for plaintiff's failure to prosecute the case.  Fed. R. Civ. P. 41(b).  According to the Court's records, the complaint was filed on September 1, 2006 but, as of this date, plaintiff has failed to effect service of process.  <u>See</u> Rule 4(m) of the Federal Rules of Civil Procedure.  Plaintiff is ordered to show cause in writing, on or before February 20, 2007, why this case should not be dismissed for failure to do so in a timely manner.  Should plaintiff fail to timely respond to this order, the undersigned will recommend that this action be dismissed.

SO ORDERED, this the   9th   day of February, 2007.

s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE